## (August 27, 1976)

■ In the Matter of JOAN DEVLIN, Appellant, v HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, and JULIA HARRISON, Respondents.—In a proceeding, *inter alia,* to compel the respondent Board of Elections of the City of New York to hold a new primary for the Democratic Party position of District Leader (Female) in the 26th Assembly District, Part A, Queens County, the appeal is from a judgment of

the Supreme Court, Queens County, dated July 19, 1976, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. The determination of the Special Term, dismissing appellant's petition seeking a new primary election, was warranted upon the facts adduced thereat. Latham, Acting P. J., Cohalan, Margett, Rabin and Shapiro, JJ., concur.